**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| RAPHAEL ROCCO,<br><br>                              Plaintiff,<br><br>      v.<br><br>TERRY ROYAL,<br><br>                              Defendants. | Case No. 3:26-CV-00228-ART-CLB<br><br>**ORDER GRANTING MOTION FOR STATUS CHECK ON MISSING DOCUMENT**<br><br>[ECF No. 5] |

Before the Court is Plaintiff's "motion for a status check on missing document." (ECF No. 5.) In the motion, Plaintiff requests a file stamped copy of the complaint he filed in this case because he claims that he "never received" a filed stamped copy after submitting his complaint. The Court construes this document as a motion for a copy of his civil rights complaint. It is not the Court's obligation to provide litigants, even indigent ones, with copy services. However, in the interest of judicial economy, the Court will grant Plaintiff's request, on a one-time basis. Should Plaintiff need copies in the future, the Clerk shall provide him with a copy order form, and he may order copies of documents at his own expense.

Accordingly, Plaintiff's motion, (ECF No. 5), is **GRANTED**. The Clerk shall **SEND** Plaintiff a copy of his civil rights complaint that appears on the docket at ECF No. 1-1 and a copy of a copy order form that Plaintiff may utilize in the future should he need to request additional copies.

**IT IS SO ORDERED.**

**DATED**: May 14, 2026    .

_____
**UNITED STATES MAGISTRATE JUDGE**