# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAPHAEL ROCCO,<br>Plaintiff,<br>v.<br>TERRY ROYAL, *et al.*,<br>Defendant(s). | Case No. 3:26-CV-00228-ART-CLB<br>**ORDER DENYING MOTIONS FOR STATUS CHECK AND TO MEET AND CONFER**<br>[ECF Nos. 10, 11, 12] |

Currently pending before the Court are Plaintiff's motions for a status check and/or to meet and confer. (ECF Nos. 10, 11, 12.) As the court clerk advised you in the "Advisory Letter" confirming receipt of your initial filings, (ECF No. 2), due to the large number of inmate civil rights actions pending before the Court, the Court is unable to respond in writing to individual inquiries regarding the status of your case. Plaintiff is advised, however, that your case is in line for screening, which may take many months to complete to the large volume of cases pending before the Court. Plaintiff must await the Court's initial review of cases filed ahead of yours which are being addressed at present. If you keep the Court apprised of your current address, you will receive all court decisions which might affect the status of your case. Moreover, Plaintiff is reminded and cautioned that motions seeking information of the status of the case should not be filed in the future. Accordingly, Plaintiff's motions, (ECF No. 10, 11, 12), is **DENIED**.

**IT IS SO ORDERED.**

**DATED**: November 6, 2026

**UNITED STATES MAGISTRATE JUDGE**